JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JEFF SILVERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>CORE & MAIN, LP and DOES 1 TO 50,<br><br>    Defendants. | Case No.: EDCV 20-1704-GW-SPx<br><br>**ORDER RE JOINT STIPULATION TO REMAND MATTER TO STATE COURT** |

Based upon the Parties' Stipulation, and good cause appearing therefore, the Court orders as follows:

1. The Joint Stipulation to Remand Matter to State Court is hereby GRANTED.

2. Each party shall bear his/its own costs and fees with respect to the removal and subsequent remand of the action pursuant to this Stipulation.

**IT IS SO ORDERED.**

DATED: October 19, 2020

*[signature: George H. Wu]*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

18844707.1

1
[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND MATTER TO STATE COURT